**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

J.G.K.,                         : No. 148 MAL 2015
                                         :
            Respondent           :
                                           : Petition for Allowance of Appeal from the
                                           : Order of the Superior Court
               v.                       :
                                           :
                                           :
N.M.,                          :
                                           :
            Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 25th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.